

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR-13-635

| | |
|---|---|
| DEANDRE CONNORS | **Opinion Delivered** June 4, 2014 |
| APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, FIFTH DIVISION [NO. CR-11-3265] |
| V. | |
| | HONORABLE WENDELL GRIFFEN, JUDGE |
| STATE OF ARKANSAS | |
| APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## JOHN MAUZY PITTMAN, Judge

Appellant was found guilty by a jury of possession of a controlled substance (cocaine) with intent to deliver and possession of drug paraphernalia with intent to use it to process or pack a controlled substance. He was sentenced as a habitual offender to consecutive prison terms totaling forty-one years in the Arkansas Department of Correction.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(k),[1] appellant's counsel has filed a motion to be relieved, stating that there is no merit to the appeal. The motion is accompanied by an abstract and addendum of the proceedings below, including all objections and motions decided adversely to appellant, and a brief in which counsel explains why there is nothing in the record that would support an appeal. The clerk of this court served appellant with a copy of his counsel's brief and notified

---

[1]We note for the benefit of appellant's counsel that this rule was amended in 2008, resulting in former Rule 4-3(j) being redesignated as 4-3(k).

him of his right to file a pro se statement of points for reversal within thirty days.  Appellant has filed no such statement.

From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k) and that the appeal is without merit.  Accordingly, counsel's motion to withdraw is granted, and the judgment of conviction is affirmed.

Affirmed; motion to withdraw granted.

HIXSON and WOOD, JJ., agree.

*Danny R. Williams*, for appellant.

No response.